IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation MDL No. 2327*

Civil Action No. 2:16-cv-12091

_____

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    Karen King

2. Plaintiff's Spouse (if applicable)

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    _____

4. State of Residence

    Michigan

5. District Court and Division in which venue would be proper absent direct filing.

    United States District Court for the Eastern District of Michigan

6. Defendants (Check Defendants against whom Complaint is made):

    ☒   A. Ethicon, Inc.

    ☒   B. Johnson & Johnson

    ☐   C. American Medical Systems, Inc. ("AMS")

Revised: 5/28/14

☐ D. Boston Scientific Corporation

☐ E. C. R. Bard, Inc. ("Bard")

☐ F. Sofradim Production SAS ("Sofradim")

☐ G. Tissue Science Laboratories Limited ("TSL")

☐ H. Mentor Worldwide LLC

☐ I. Coloplast Corp.

☐ J. Cook Incorporated

☐ K. Cook Biotech, Inc.

☐ L. Cook Medical, Inc.

☐ M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐ N. Neomedic International, S.L.

☐ O. Neomedic Inc.

☐ P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction

☒ Diversity of Citizenship

☐ Other: ________________________________

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

9-11

B. Other allegations of jurisdiction and venue:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- [x] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [ ] TVT
- [ ] TVT-Obturator (TVT-O)
- [x] TVT-SECUR (TVT-S)
- [ ] TVT-Exact
- [ ] TVT-Abbrevo
- [ ] Other

_____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- [x] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [ ] TVT
- [ ] TVT-Obturator (TVT-O)
- [x] TVT-SECUR (TVT-S)
- [ ] TVT-Exact
- [ ] TVT-Abbrevo
- [ ] Other

_____

3

_____

10. Date of Implantation as to Each Product:

    <u>April 06, 2009 (Prolift & TVT-SECUR (TVT-S)</u>

11. Hospital(s) where Plaintiff was implanted (including City and State):

    <u>DMC Hutzel Women's Hospital (Detroit, Michigan)</u>

12. Implanting Surgeon(s):

    <u>Dr. Paul Makela</u>

13. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I – Negligence

    ☒ Count II – Strict Liability – Manufacturing Defect

    ☒ Count III – Strict Liability – Failure to Warn

    ☒ Count IV – Strict Liability – Defective Product

    ☒ Count V – Strict Liability – Design Defect

    ☒ Count VI – Common Law Fraud

    ☒ Count VII – Fraudulent Concealment

    ☒ Count VIII – Constructive Fraud

    ☒ Count IX – Negligent Misrepresentation

    ☒ Count X – Negligent Infliction of Emotional Distress

    ☒ Count XI – Breach of Express Warranty

    ☒ Count XII – Breach of Implied Warranty

    ☒ Count XIII – Violation of Consumer Protection Laws

    ☒ Count XIV – Gross Negligence

    ☒ Count XV – Unjust Enrichment

    ☐ Count XVI – Loss of Consortium

    ☒ Count XVII – Punitive Damages

4

☒ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

Dated: December 13, 2016
Mineola, New York

        s/ Randi Kassan
        SANDERS VIENER GROSSMAN, LLP
        Randi A. Kassan, Esq.
        100 Herricks Road
        Mineola, NY 11501
        Tel: (516) 741-5600
        Fax: (516) 741-0128
        rkassan@thesandersfirm.com

        s/ Marc Grossman
        SANDERS VIENER GROSSMAN, LLP
        Marc D. Grossman, Esq.
        100 Herricks Road
        Mineola, NY 11501
        Tel: (516) 741-5600
        Fax: (516) 741-0128
        mgrossman@thesandersfirm.com

        ***Counsel for Plaintiff***